1

2  Glenn Zuckerman
   **WEITZ & LUXENBERG, PC**
3  700 Broadway
   New York, New York 10003
   Telephone: 212-558-5000
4  Facsimile: 212-344-5461
   Attorneys for Plaintiffs
5

6

7

8
                       UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10

11

12  This Document Relates to:                    )
                                                 )
13  *Donald Whitman, et al. v. Pfizer Inc*        )   **MDL NO. 1699**
    (06-1350 CRB)                                )   **District Judge:  Charles R. Breyer**
14                                               )
    *Mildred Hance v. Pfizer Inc, et al.*         )
15  (06-1718 CRB)                                )
                                                 )
16  *William Lopez, et al. v. Astra Merck, Inc., et al.* )  **STIPULATION AND ORDER OF**
    (06-2621 CRB)                                )   **DISMISSAL WITH PREJUDICE**
17                                               )
    *Rafaela Roman Velez, et al. v. Astra Merck,* )
18  *Inc., et al.*                                )
    (06-2649 CRB)                                )
19                                               )
    *Luis R. Carrion Velez, et al. v. Astra Merck,* )
20  *Inc., et al.*                                )
    (06-2658 CRB)                                )
21                                               )
    *Teresita Falcon Matos, et al. v. Astra Merck,* )
22  *Inc., et al.*                                )
    (06-2660 CRB)                                )
23                                               )
    *Ronny Maria Sanders, et al. v. Pfizer Inc*   )
24  (06-2681 CRB)                                )
                                                 )
25  *Lori Sargent et al. v. Pfizer Inc*           )
    (06-3675 CRB)                                )
26                                               )
    *James Hall, et al. v. Pfizer Inc*            )
27  (06-3676 CRB)                                )
                                                 )
28  *John Hayhurst v. Pfizer Inc, et al.*         )

                                    -1-

                STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
EASTW2581180.1

1 | (06-3758 CRB) )
)
2 | *Bill Casillas, et al. v. Pfizer Inc, et al.* )
| (06-3958 CRB) )
3 | )
| *Patricia Knudsen v. Pfizer Inc, et al.* )
4 | (06-4043 CRB) )
| )
5 | *Betty Moncrief, et al. v. Pfizer Inc, et al .* )
| (06-4100 CRB) )
6 | )
| *Annette Edelen, et al. v. Pfizer Inc, et al.* )
7 | (06-4147 CRB) )
| )
8 | *Debbie Mitchell v. Pfizer Inc, et al.* )
| (06-4296 CRB) )
9 | )
| *Joseph Gastaldi, et al. v. Pfizer Inc, et al.* )
10 | (06-4362 CRB) )
| )
11 | *Demetrio Rubio v. Pfizer Inc, et al.* )
| (06-4449 CRB) )
12 | )
| *Earlene McBride, et al. v. Pfizer Inc, et al.* )
13 | (06-4462 CRB) )
| )
14 | *Louis Walkingstick, et al. v. Pfizer Inc, et al.* )
| (6-4463 CRB) )
15 | )
| *Virginia Thorne v. Pfizer Inc, et al.* )
16 | (06-4464 CRB) )
| )
17 | *Rojelio Longoria, et al. v. Pfizer Inc, et al.* )
| (06-4586 CRB) )
18 | )
| *Annie White, et al. v. Pfizer Inc, et al.* )
19 | (06-4678 CRB) )
| )
20 | *Martha Stevens, et al. v. Pfizer Inc, et al.* )
| (06-4920 CRB) )
21 | )
| *Janette Smith v. Pfizer Inc, et al.* )
22 | (06-4977 CRB) )
| )
23 | *Roselie Atkins, et al. v. Pfizer Inc, et al.* )
| (06-5272 CRB) )
24 | )
| *Dawna Garza v. Pfizer Inc, et al.* )
25 | (06-5416 CRB) )
| )
26 | *Ralph Adams, et al. v. Pfizer Inc, et al.* )
| (06-5591 CRB) )
27 | )
| *Albert Leong v. Pfizer Inc, et al.* )
28 | (06-5666 CRB) )

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42581180.1

1

2   *Catherine Connolly, et al. v. Pfizer Inc, et al.* )
    (06-5738 CRB)                                    )
                                                     )
3   *Randy Masker, et al. v. Pfizer Inc, et al.*     )
    (06-5739 CRB)                                    )
4                                                    )
    *Charlie Rhome, et al. v. Pfizer Inc, et al.*    )
5   (06-5740 CRB)                                    )
                                                     )
6   *Paulette Balda, et al. v. Pfizer Inc, et al.*   )
    (06-5765 CRB)                                    )
7                                                    )
    *William Halpin, et al. v. Pfizer Inc, et al.*   )
8   (06-5777 CRB)                                    )
                                                     )
9   *Patricia Howard, et al. v. Pfizer Inc, et al.*  )
    (06-5916 CRB)                                    )
10                                                   )
    *Alice Ryan, et al. v. Pfizer, Inc, et al.*      )
11  (06-5917 CRB)                                    )
                                                     )
12  *William Coleman, et al. v. Pfizer Inc, et al.*  )
    (06-5918 CRB)                                    )
13                                                   )
    *Monica Mittag, et al. v. Pfizer Inc, et al.*    )
14  (06-5919 CRB)                                    )
                                                     )
15  *Cynthia Smith, et al. v. Pfizer Inc, et al.*    )
    (06-5963 CRB)                                    )
16                                                   )
    *John Roof v. Pfizer Inc, et al.*                )
17  (06-5964 CRB)                                    )
                                                     )
18  *Lynda Jack, et al. v. Pfizer Inc, et al.*       )
    (06-5965 CRB)                                    )
19                                                   )
    *Ernest Grant v. Pfizer Inc, et al.*             )
20  (06-5970 CRB)                                    )
                                                     )
21  *Alice L. Pettit, et al. v. Pfizer Inc, et al.*  )
    (06-5973 CRB)                                    )
22                                                   )
    *Wade Smith, et al. v. Pfizer Inc, et al.*       )
23  (06-5975 CRB)                                    )
                                                     )
24  *Richard Gilmore, et al. v. Pfizer Inc, et al.*  )
    (06-5977 CRB)                                    )
25                                                   )
    *Sergio Estrada v. Pfizer Inc, et al.*           )
26  (06-5978 CRB)                                    )
                                                     )
27  *John Vallee, et al. v. Pfizer Inc, et al.*      )
    (06-5981 CRB)                                    )
28

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42581180.1

| | |
|---|---|
| 1 | *Betty Scott, et al. v. Pfizer Inc, et al.*<br>(06-5983 CRB) )<br>) |
| 2 | ) |
| 3 | *Norman Hamblen, et al. v. Pfizer Inc, et al.*<br>(06-6058 CRB) )<br>) |
| 4 | *Dennis Johns, et al. v. Pfizer Inc, et al.*<br>(06-6059 CRB) )<br>) |
| 5 | ) |
| 6 | *Marion Walker, et al. v. Pfizer Inc, et al.*<br>(06-6060 CRB) )<br>) |
| 7 | *Bessie R. Jackson-Cook v. Pfizer Inc, et al.*<br>(06-6061 CRB) )<br>) |
| 8 | ) |
| 9 | *Mary Gonzales, et al. v. Pfizer Inc, et al.*<br>(06-6062 CRB) )<br>) |
| 10 | *Melvin Kenney, et al. v. Pfizer Inc, et al.*<br>(06-6064 CRB) )<br>) |
| 11 | ) |
| 12 | *Carol Pellini, et al. v. Pfizer Inc, et al.*<br>(06-6065 CRB) )<br>) |
| 13 | *Antonio Pratts v. Pfizer Inc, et al.*<br>(06-6066 CRB) )<br>) |
| 14 | ) |
| 15 | *Mark Childs v. Pfizer Inc, et al.*<br>(06-6067 CRB) )<br>) |
| 16 | *Mary Helen Johnson, et al. v. Pfizer Inc, et al.*<br>(06-6068 CRB) )<br>) |
| 17 | ) |
| 18 | *James E. Garver, et al. v. Pfizer Inc, et al.*<br>(06-6070 CRB) )<br>) |
| 19 | *Tiffany R. Noell, et al. v. Pfizer Inc, et al.*<br>(06-6071 CRB) )<br>) |
| 20 | ) |
| 21 | *Beth Lehman, et al. v. Pfizer Inc, et al.*<br>(06-6073 CRB) )<br>) |
| 22 | *Sharon Payne, et al. v. Pfizer Inc, et al.*<br>(06-6075 CRB) )<br>) |
| 23 | ) |
| 24 | *Nancy Harsh, et al. v. Pfizer Inc, et al.*<br>(06-6083 CRB) )<br>) |
| 25 | *Dennis Yeager, et al. v. Pfizer Inc, et al.*<br>(06-6084 CRB) )<br>) |
| 26 | ) |
| 27 | *Lynda Jack, et al. v. Pfizer, Inc, et al.*<br>(06-6087 CRB) )<br>) |
| 28 | *Fred Hardee, et al. v. Pfizer Inc, et al.* ) |

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\25811180.1

1    (06-6088 CRB)                                      )
                                                        )
2    *Lynn Hodges, et al. v. Pfizer Inc, et al.*        )
     (06-6089 CRB)                                      )
3                                                       )
     *Willie Vaughn v. Pfizer Inc, et al.*              )
4    (06-6092 CRB)                                      )
                                                        )
5    *Pauline Swihart, et al. v. Pfizer Inc, et al.*    )
     (06-6093 CRB)                                      )
6                                                       )
     *Douglas Horton v. Pfizer Inc, et al.*             )
7    (06-6094 CRB)                                      )
                                                        )
8    *June N. Bell v. Pfizer Inc, et al.*               )
     (06-6095 CRB)                                      )
9                                                       )
     *Jerry Rice, et al. v. Pfizer Inc, et al.*         )
10   (06-6096 CRB)                                      )
                                                        )
11   *Stephen Bryan, et al. v. Pfizer Inc, et al.*      )
     (06-6097 CRB)                                      )
12                                                      )
     *Steven Woods, et al. v. Pfizer Inc, et al.*       )
13   (06-6098 CRB)                                      )
                                                        )
14   *Brad Lovitt, et al. v. Pfizer Inc, et al.*        )
     (06-6116 CRB)                                      )
15                                                      )
     *April Froehlich, et al. v. Pfizer Inc, et al.*    )
16   (06-6117 CRB)                                      )

17         Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

18   the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

19   stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

20   each side bearing its own attorneys' fees and costs.

21

22

23

24

25

26

27

28

                                          -5-

                    STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
     EASTW2581180.1

1

DATED: 10-29, 2009     By: _____

2

3          **WEITZ & LUXENBERG, PC**
           700 Broadway
4          New York, New York 10003
           Telephone: 212-558-5000
5          Facsimile: 212-344-5461

6          *Attorneys for Plaintiffs*

7   DATED: Nov. 2, 2009     By: _____

8          **DLA PIPER LLP (US)**
           1251 Avenue of the Americas
9          New York, New York 10020
           Telephone: 212-335-4500
10         Facsimile: 212-335-4501

11         *Defendants' Liaison Counsel*

12

13

14  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
    IT IS SO ORDERED.**

15

16

17  Dated: NOV 1 3 2009

    Hon. Charles R. Breyer
18  United States District Court

19

20

21

22

23

24

25

26

27

28

-6-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42581180.1